## MOTION DOCKET

**91–1575.** State ex rel. Blake v. Indus. Comm. *Franklin County*, No. 90AP–938. On request for oral argument. Request denied.

SWEENEY, DOUGLAS and WRIGHT, JJ., dissent.

**91–1657.** State ex rel. Fant v. Flaherty. *Franklin County*, No. 90AP–1323. On objections to App.R. 23 and to appoint unbiased judges. Objections and motion denied.